# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM TAYLOR REIL,

        Appellant

        v.

PENNSYLVANIA DEPARTMENT OF TRANSPORTATION AND ITS BUREAU OF DRIVER LICENSING LESLIE RICHARDS, SECRETARY, KARA N. TEMPLETON, DIRECTOR OF BDL,

        Appellees

No. 25 MAP 2015

Appeal from the Order of the Commonwealth Court dated February 2, 2015 at No. 644 MD 2014

## ORDER

**PER CURIAM**　　　　　　　　　　　　　　**DECIDED: February 16, 2016**

    **AND NOW,** this 16th day of February, 2016, Appellant's Notice and Demand for Oral Argument is **DENIED**, and the Order of the Commonwealth Court is **AFFIRMED.**

    Mr. Justice Eakin did not participate in the consideration or decision of this case.